IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **EDWARD RANDOLPH TURNBULL IV,** § § § | |
| *Plaintiff*, § § | |
| **v.** § § | **CASE NO. 1:23-cv-00314** |
| **COMMISSION FOR LAWYER DISCIPLINE, ET AL.** § § § § | |
| *Defendants*. § | |

**DEFENDANT JENNY HODGKINS'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff filed this lawsuit on March 22, 2023. Hodgkins was served May 19, 2023.

On May 25, 2023, Plaintiff filed his First Amended Complaint.

Defendant Jenny Hodgkins ("Defendant" or "Hodgkins") now respectfully requests the Court to extend the deadline to answer or otherwise respond to Plaintiff's First Amended Complaint through and including June 23, 2023. Plaintiff does not oppose the Motion.

Dated: June 5, 2023

Respectfully Submitted,

*/s/ Daniel J. Olds*
**DANIEL J. OLDS**
State Bar No. 24088152
dolds@clarkhill.com

        **JADD F. MASSO**
State Bar No. 24041411
jmasso@clarkhill.com
**CLARK HILL PLC**
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Fax: (214) 651-4330

**ATTORNEYS FOR JENNY HODGKINS**

## CERTIFICATE OF CONFERENCE

I certify that Defendant's counsel has conferred with Plaintiff's counsel via e-mail on May 31, 2023, regarding the relief herein and been advised that Plaintiff is unopposed to the relief requested herein.

By: */s/ Daniel Olds*
    Daniel Olds

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2023, a true and correct copy of the foregoing was served via the Court's ECF filing system on all counsel of record.

By: */s/ Daniel Olds*
    Daniel Olds