## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS,
## AUSTIN DIVISION

| | | |
|---|---|---|
| **EDWARD RANDOLPH TURNBULL IV,** | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| **COMMISSION FOR LAWYER** | § | |
| **DISCIPLINE; THE OFFICE OF THE** | § | **CASE NO. 1:23-cv-00314** |
| **CHIEF DISCIPLINARY COUNSEL;** | § | |
| **SEANA WILLING, in her Official** | § | **JURY TRIAL DEMANDED** |
| **Capacity as Chief Disciplinary Counsel of** | § | |
| **the State Bar of Texas, and in her** | § | |
| **individual capacity; AMANDA M.** | § | |
| **KATES, in her Official Capacity as** | § | |
| **Assistant Disciplinary Counsel for the** | § | |
| **Office of the Chief Disciplinary Counsel,** | § | |
| **and in her individual capacity; JOHN S.** | § | |
| **BRANNON, in his official capacity as** | § | |
| **Assistant Disciplinary Counsel for the** | § | |
| **Office of the Chief Disciplinary Counsel,** | § | |
| **and in his individual capacity; TIMOTHY** | § | |
| **J. BALDWIN, in his official capacity as** | § | |
| **Administrative Attorney for the Office of** | § | |
| **the Chief Disciplinary Counsel, and in his** | § | |
| **individual capacity; DANIEL** | § | |
| **MARTINEZ, in his official capacity as** | § | |
| **Assistant Disciplinary Counsel for the** | § | |
| **Office of the Chief Disciplinary Counsel,** | § | |
| **and in his individual capacity; DANIELA** | § | |
| **GROSZ, in her official capacity as** | § | |
| **Assistant Disciplinary Counsel for the** | § | |
| **Office of the Chief Disciplinary Counsel,** | § | |
| **and in her individual capacity; JENNY** | § | |
| **HODGKINS, in her official capacity as the** | § | |
| **Executive Director & General Counsel** | § | |
| **with the Board of Disciplinary Appeals,** | § | |
| **and in her individual capacity; Laura** | § | |
| **Gibson, Cindy V. Tisdale, Sylvia Borunda** | § | |
| **Firth, Benny Agosto, Jr., David N.** | § | |
| **Calvillo, Elizabeth Sandoval Cantu, Luis** | § | |
| **Cavazos, Craig Cherry, Jason** | § | |
| **Charbonnet, Kelly-Ann F. Clarke, Jeff** | § | |

**Cochran, David C. Courreges, Thomas A.** §
**Crosley, Steve Fischer, Lucy Forbes,** §
**Gregory M. Fuller, August W. Harris III,** §
**Matthew J. Hill, Forrest L. Huddleston,** §
**Lori M. Kern, Modinat Kotun, Bill** §
**Kroger, Dwight McDonald, Carra Miller,** §
**Lawrence Morales II, Lydia Elizondo** §
**Mount, Kimberly M. Naylor, Jeanine** §
**Novosad Rispoli, Michael J. Ritter, Audie** §
**Sciumbato, Mary L. Scott, John Sloan, D.** §
**Todd Smith, G. David Smith, Paul K.** §
**Stafford, Alex J. Stelly Jr., Nitin Sud,** §
**Radha Thiagarajan, Robert L. Tobey,** §
**Aaron Z. Tobin, Andrew Tolchin, G.** §
**Michael Vasquez, Kimberly Pack Wilson,** §
**and Kennon L. Wooten in their official** §
**capacities as Members of the Board of** §
**Directors of the State Bar of Texas,** §
              ***Defendants*.** §

## ORDER - PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

The Court, having considered Plaintiff's Motion for Leave to File Sur-Reply, is of the opinion that the same should be GRANTED. Accordingly, the Clerk of Court is hereby directed to file Plaintiff's Exhibit 1 (attached to Plaintiff's Motion for Leave to File Sur-Reply) as Plaintiff's Sur-Reply to Plaintiff's Reply to Defendants' Responses to the Motions to Dismiss.

SO ORDERED.

Dated: _____, ____, 2023.

_____
UNITED STATES DISTRICT JUDGE