IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS,
AUSTIN DIVISION

| | | |
|---|---|---|
| **EDWARD RANDOLPH TURNBULL IV,** § § | | |
| *Plaintiff*, § § | | |
| v. § § | | |
| **COMMISSION FOR LAWYER DISCIPLINE; THE OFFICE OF THE CHIEF DISCIPLINARY COUNSEL; SEANA WILLING,** in her Official Capacity as Chief Disciplinary Counsel of the State Bar of Texas, and in her individual capacity; **AMANDA M. KATES,** in her Official Capacity as Assistant Disciplinary Counsel for the Office of the Chief Disciplinary Counsel, and in her individual capacity; **JOHN S. BRANNON,** in his official capacity as Assistant Disciplinary Counsel for the Office of the Chief Disciplinary Counsel, and in his individual capacity; **TIMOTHY J. BALDWIN,** in his official capacity as Administrative Attorney for the Office of the Chief Disciplinary Counsel, and in his individual capacity; **DANIEL MARTINEZ,** in his official capacity as Assistant Disciplinary Counsel for the Office of the Chief Disciplinary Counsel, and in his individual capacity; **DANIELA GROSZ,** in her official capacity as Assistant Disciplinary Counsel for the Office of the Chief Disciplinary Counsel, and in her individual capacity; **JENNY HODGKINS,** in her official capacity as the Executive Director & General Counsel with the Board of Disciplinary Appeals, and in her individual capacity; Laura Gibson, Cindy V. Tisdale, Sylvia Borunda Firth, Benny Agosto, Jr., David N. Calvillo, Elizabeth Sandoval Cantu, Luis Cavazos, Craig Cherry, Jason Charbonnet, Kelly-Ann F. Clarke, Jeff § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | | CASE NO. 1:23-cv-00314<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| **Cochran, David C. Courreges, Thomas A. Crosley, Steve Fischer, Lucy Forbes, Gregory M. Fuller, August W. Harris III, Matthew J. Hill, Forrest L. Huddleston, Lori M. Kern, Modinat Kotun, Bill Kroger, Dwight McDonald, Carra Miller, Lawrence Morales II, Lydia Elizondo Mount, Kimberly M. Naylor, Jeanine Novosad Rispoli, Michael J. Ritter, Audie Sciumbato, Mary L. Scott, John Sloan, D. Todd Smith, G. David Smith, Paul K. Stafford, Alex J. Stelly Jr., Nitin Sud, Radha Thiagarajan, Robert L. Tobey, Aaron Z. Tobin, Andrew Tolchin, G. Michael Vasquez, Kimberly Pack Wilson, and Kennon L. Wooten in their official capacities as Members of the Board of Directors of the State Bar of Texas,**<br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AMANDA M. KATES WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Edward Randolph Turnbull IV ("Plaintiff") in the above entitled action, voluntarily dismisses his action against Defendant Amanda M. Kates ("Defendant Kates") in her Official Capacity as Assistant Disciplinary Counsel for the Office of the Chief Disciplinary Counsel, and in her individual capacity pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, permitting dismissal of an action by the plaintiff without order of court, by filing of a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment. *See* FED. R. CIV. P. 41(a)(1)(A)(i); *see also Nat'l City Golf Fin. V. Scott*, 899 F.3d 412, 415 n.3 (5th Cir. 2018) ("Rule 41(a) permits a plaintiff to dismiss just one defendant, 'even though the action against another defendant would remain pending'") (quoting *Plains Growers, Inc. ex rel. Florists' Mut. Ins. Co. v. Ickes-Braun Glasshouses, Inc.*, 474 F.2d 250, 253 (5th Cir. 1973)). As of the time of this filing, Defendant

Kates has not filed an answer or a motion for summary judgment. As such, Plaintiff hereby gives notice of voluntary dismissal without prejudice of his action against Defendant Kates.

Respectfully submitted,

**WEST, WEBB, ALLBRITTON & GENTRY, P.C.**
1515 Emerald Plaza
College Station, Texas 77845
Telephone: (979) 694-7000
Facsimile: (979) 694-8000

By: */s/ Gaines West*
GAINES WEST
State Bar No. 21197500
Email ~ gaines.west@westwebblaw.com

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this document upon each attorney of record through the Court's ECF system on this the 29th day of June 2023.

*/s/ Gaines West*
GAINES WEST