# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| EDWARD TURNBULL, IV, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-314-RP |
| | § | |
| BOARD OF DIRECTORS OF THE | § | |
| STATE BAR OF TEXAS, ET AL., | § | |
|     Defendants. | § | |

## ORDER

Plaintiff filed this case on March 22, 2023 (Dkt. 1), and the first defendant substantively appeared on May 10, 2023. (Dkt. 12). Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **December 29, 2023.**

**SIGNED** on December 12, 2023.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE