IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EDWARD TURNBULL, IV, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-314-RP |
| | § | |
| BOARD OF DIRECTORS OF THE STATE BAR OF TEXAS, et al., | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

On this date, the Court adopted United States Magistrate Judge Mark Lane's report and recommendation concerning Defendants'[1] Motions to Dismiss, (Dkts. 22, 24, 27, 32, 35, 38, and 46). (R. & R., Dkt. 57). The Court's Order dismissed without prejudice Plaintiff's claims against Defendants for lack of subject matter jurisdiction.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on February 27, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff Edward Turnbull, IV ("Plaintiff") sued the Board of Directors of the State Bar of Texas ("SBOT"), the Commission for Lawyer Discipline ("CLD"), the Office of the Chief Disciplinary Counsel, and over 50 individuals associated with SBOT and/or the CLD. (Dkt. 20, at ¶¶ 2–18).

1